**Opinion issued April 22, 2021**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-21-00135-CV

_____

**EDWARD PYLE, JR., Appellant**

**V.**

**ROTO-ROOTER SERVICES COMPANY, Appellee**

On Appeal from the County Court at Law No. 3
Galveston County, Texas
Trial Court Case No. CV-0086126

## MEMORANDUM OPINION

Appellant, Edward Pyle, Jr., appealed from the trial court's February 8, 2021 partial summary judgment order in favor of appellee, Roto-Rooter Services Company. On March 23, 2021, appellee filed its first amended motion to dismiss appeal, arguing that the February 8, 2021 order did not "dispose of all parties and

issues," and as such "is not a final, appealable judgment." *See generally Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 206 (Tex. 2001) (discussing finality).

On April 7, 2021, appellant filed an unopposed motion to dismiss the appeal. The motion requests that all costs on appeal be taxed against the parties who incurred the same. No other party has filed a notice of appeal and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). Appellant's motion includes a certificate of conference representing that appellee does not oppose the relief requested in appellant's motion. *See* TEX. R. APP. P. 10.3(a)(2).

Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1); 43.2(f). We direct the Clerk of this Court that costs are to be taxed against the party who incurred the same. *See* TEX. R. APP. P. 42.1(d). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Countiss, Rivas-Molloy, and Guerra.